UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MUNCHKIN, INC., et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV00367 ERW |
| ) | |
| FURMINATOR, INC., ) | |
| ) | |
| Defendant(s). ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Jonathan Lee Riches' Motion for Reconsideration and Motion to Intervene [doc. #28].

Mr. Riches seeks to intervene under Federal Rule of Civil Procedure 24, as of right. Rule 24(a) states:

> On timely motion, the court must permit anyone to intervene who: (1) is given an unconditional right to intervene by a federal statute; or (2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

Fed. R. Civ. P. 24(a). Mr. Riches simply states in his motion that he has information pertaining to the case. This is insufficient under the terms of Rule 24 to mandate intervention; Mr. Riches has not cited to a federal statute giving him an unconditional right to intervene, nor has he shown an interest in the action that is not adequately represented by the named Parties. For this reason the Court denies Mr. Riches' motion to intervene.[1] Although not raised in Mr. Riches' motion, the

---

[1] The Court notes that Mr. Riches filed similar motions in approximately 50 currently pending federal cases.

1

Court also finds that he has not provided a basis for permissive intervention under Rule 24(b). Fed. R. Civ. P. 24(b).

Mr. Riches also titles his motion as one for reconsideration, however, he provides no additional argument in support of this motion. The Court cannot find a basis for this motion, as Mr. Riches is not a party to this action and therefore no prior order in this case is applicable to him.

Accordingly,

**IT IS HEREBY ORDERED** that Jonathan Lee Riches' Motion to For Reconsideration and Motion to Intervene [doc. #28] is **DENIED.**

Dated this 5th Day of August, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE