UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FURMINATOR, INC., and ) | |
| PORTERVISION, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:08CV00367 ERW |
| ) | |
| MUNCHKIN, INC., and ) | |
| KIM LAUBE & CO., INC., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiffs' Motion for Expedited Briefing [doc. #110]. The Court will deny Plaintiffs' Motion for Expedited Briefing. However, the Court will set a telephonic hearing for Monday, July 27, 2009, at 10:00 a.m. The Court is out of the office on that date, but will call in, and at that time the Parties will be heard. A court reporter will be present.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Expedited Briefing [doc. #110] is **DENIED**.

**IT IS FURTHER ORDERED** that the Parties shall participate in a telephonic hearing on **Monday, July 27, 2009**, at **10:00 a.m.**

Dated this 24th Day of July, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE