IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FURMINATOR, INC.
and PORTERVISION, INC.,

Plaintiffs,

v.

Case No. 4:08-CV-00367-ERW

MUNCHKIN, INC. and
KIM LAUBE & CO., INC.

Defendants.

## EQUIPMENT ADMISSION ORDER

For the purpose of aiding the Court in connection with a *Markman* hearing to be held on Friday September 18, 2009 at 8:30 a.m., it is hereby ORDERED that attorneys for Plaintiffs FURminator, Inc. and PorterVision, Inc. are authorized to bring the following items into Courtroom 12 South prior to the hearing:

- Approximately 10 boxes of documents
- Approximately 3 Laptop computers (with cables for hookup)
- Physical samples of FURminator grooming tools
- Physical samples of Munchkin grooming tools
- Physical samples of Laube grooming tools
- Physical sample of an Ontel ShedEnder

SO ORDERED

DATE: 9/17/69

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF MISSOURI