IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FURMINATOR, INC., and PORTERVISION, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> MUNCHKIN, INC., and KIM LAUBE & CO., INC., <br><br> Defendants/Counterclaim Plaintiffs. | Case No. 4:08-CV-367 ERW |

## ORDER

Having considered Defendants Munchkin, Inc. and Kim Laube & Co., Inc. ("Defendants") Motion for Leave to Bring Equipment to the Courtroom for the Markman Hearing filed on September 17, 2009, and for good cause shown, the Court finds that said motion should be granted.

It is hereby ORDERED that Defendants' counsel is authorized to bring the following items into Courtroom 12 South for use at the Markman Hearing scheduled for September 18, 2009:

- Approximately 3 Laptop computers (with cables for hookup)
- Physical samples of FURminator grooming tools
- Physical samples of Munchkin grooming tools
- Physical samples of Laube grooming tools
- Physical samples of prior art

IT IS SO ORDERED.

Dated: September 17, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF MISSOURI

CC 2141594v1