UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FURMINATOR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV00367 ERW |
| ) | |
| KIM LAUBE & CO., INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Kim Laube & Co., Inc.'s Motion for Stay of Deadlines and Relief from this Court's Order of December 7, 2009 [doc. #309]. On December 10, 2009, this Court held a telephone conference with counsel for Plaintiff FURminator, Inc. and Mr. Kim Laube, president of Defendant Kim Laube & Co., Inc.

The Court understands that since the withdrawal of Lathrop & Gage, LLP from this case, Mr. Laube has had difficulty locating and retaining new counsel as a result of the rapidly approaching deadlines and trial date. The Court has determined that Defendant Kim Laube & Co., Inc. will not be expected to file a Response to any of the pending Motions, until the Court informs him otherwise. In the near future, the Court will issue an Order resolving the remaining pending Motions that were argued at the November 24, 2009 hearing. After ruling on these Motions, the Court will examine the current deadlines to determine if any scheduling adjustments are necessary.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Kim Laube & Co., Inc.'s Motion for Stay of Deadlines and Relief from this Court's Order of December 7, 2009 [doc. #309] is **GRANTED, in part**, as set forth above.

Dated this 11th Day of December, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE