UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FURMINATOR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV00367 ERW |
| ) | |
| KIM LAUBE & CO., INC., ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Defendants' Motion for *In Camera* Review and Suggestions in Support [doc. #273], and Defendants' Motion In Limine to Exclude Inaccurate, Improperly Obtained Evidence [doc. #261].

Defendants' Motion for *In Camera* Review was filed in conjunction with Motion and Memorandum in Support of Plaintiff's Request for Sanctions Under Federal Rule of Civil Procedure 37(b)(2) [doc. #241]. The Court denied this Motion, as moot, on December 21, 2009. Thus, Defendants' Motion for *In Camera* Review should also be denied, as moot.

Defendants' Motion in Limine to Exclude Inaccurate, Improperly Obtained Evidence [doc. #261] was filed by Defendants' prior counsel. There has been no indication by current counsel that this Motion should still be pending. As a result, the Court will deny the Motion, but will give Defendant leave to refile.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for *In Camera* Review and Suggestions in Support [doc. #273] is **DENIED**, **as moot**. The documents submitted for *in*

*camera* review will be destroyed, unless the Court is notified before **May 28, 2010**, that Kim Laube & Co., Inc. intends to retrieve the documents.

**IT IS FURTHER ORDERED** that Defendants' Motion in Limine to Exclude Inaccurate, Improperly Obtained Evidence [doc. #261] is **DENIED**, **with leave to refile**.

Dated this 28th Day of April, 2010.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE